```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RECAST ENERGY LOUSVILLE, LLC,                               :
                                                            :
                              Plaintiff,                    :
                                                            :          24-CV-8833 (VSB)
                 -against-                                  :
                                                            :              ORDER
SOMPO AMERICA INSURANCE                                     :
SERVICES, LLC, et al.,                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On February 18, 2025, I granted Plaintiff's extension request and stated that "Plaintiff has until February 28, 2025 to serve" Defendant Tokio Marine America Insurance Company. (Doc. 24.) I had specifically noted: "No further extensions will be granted." (*Id.*) Plaintiff has not filed an affidavit of service showing timely service. Accordingly, it is hereby:

ORDERED that, no later than March 12, 2025, Plaintiff file an affidavit of service of Defendant Tokio Marine America Insurance Company showing timely service.

SO ORDERED.

Dated:   March 5, 2025
         New York, New York

                                                                                          _____
                                                                                          VERNON S. BRODERICK
                                                                                          United States District Judge